UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VICTOR L. SMITH,

    Plaintiff,

vs.

CITY OF TROY, OHIO, *et al.*,

    Defendants.

Case No. 3:15-cv-54

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

### ENTRY AND ORDER WITHDRAWING AND VACATING DOCUMENT 83 IN ITS ENTIRETY

Upon the agreement of counsel, the Court's Entry and Order granting Defendants' joint motion for sanctions (doc. 83) is hereby **WITHDRAWN** and **VACATED**.

**IT IS SO ORDERED.**

Date: 4/3/19

Thomas M. Rose
United States District Judge